# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

FRED LaLONDE,

    Plaintiff,

v.

RIOS, *et al.,*

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00554-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address in compliance with the Court's July 24, 2017 order.


September 18, 2017                                **DEBRA K. KEMPI**
                                                             Clerk


                                                             /s/ K. Rusin
                                                             Deputy Clerk